UNITED STATES PLYWOOD COMPANY, INC., Respondent, v. JOSEPH ROSS, Appellant, Impleaded with Another, Defendant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Dore, J., dissents and votes to reverse and deny the motion.

E. RICE PHELPS, Respondent, v. LUCILLE R. PHELPS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, on the ground that the memorandum is sufficient to meet the Statute of Frauds for at least part of plaintiff's claim. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of FERDINAND TANNENBAUM and HENRY M. STEVENSON, as Trustees under an Agreement Dated April 25, 1933, Made by JAMES H. HARLOW for the Benefit of ELEANOR R. HARLOW and SAMUEL S. HARLOW. FERDINAND TANNENBAUM and HENRY M. STEVENSON, as Trustees under an Agreement Dated April 25, 1933, Made by JAMES H. HARLOW for the Benefit of ELEANOR R. HARLOW and SAMUEL S. HARLOW, Appellants, and FERDINAND TANNENBAUM, as Executor of and Trustee under the Last Will and Testament of JAMES H. HARLOW, Deceased, Appellants; UNITED STATES TRUST COMPANY OF NEW YORK, as Substituted Trustee, and ELEANOR R. HARLOW, and BERNARD HERSHKOPF, as Special Guardian for Infant, SAMUEL S. HARLOW, and BENJAMIN KOPF, as Referee, Respondents.— Order so far as appealed from by the trustees unanimously affirmed. Order so far as appealed from by the executor unanimously modified by reducing the allowances to the referee, special guardian, and attorneys for the United States Trust Company of New York as substitute trustee and for Eleanor R. Harlow, to $750 each, and as so modified affirmed. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

THEODORE W. STEMMLER, Plaintiff, v. MARY W. LILLIE and Others, Defendants. In the Matter of the Petition of JULIA W. PORGES, Respondent, for an Order Directing the Chamberlain of the City of New York to Pay to Her Her Proportionate Share of the Fund Deposited with Him under Final Judgment in the Above Entitled Action, with Interest. ALMERINDO PORTFOLIO, as Treasurer, etc., Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; O'Malley and Untermyer, JJ., dissent. [See post, p. 818.]

JOSEPH J. SPRINGMAN, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Order so far as appealed from unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion to vacate items 16, 17, 24, 25, 26, 27 and 30 of the notice granted. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.